IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY MAYS                                                                PLAINTIFF

V.                               Case No. 3:25-cv-00281-BBM

FRANK BISIGNANO, Commissioner,                              DEFENDANT
Social Security Administration

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Barry Mays, reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 13th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE